UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-MJ-1048

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE ) | |
| OF THE LOCATION WITHIN THIS ) | ORDER TO SEAL |
| DIVISION ) | |

Upon motion of the United States, it is hereby ORDERED that the Application, Affidavit, Motion to Seal, and this Order in the above-captioned matter be sealed until further order of this Court, except that copies may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of NCALE, the FBI, the IRS, and other state and federal government and contract personnel acting under the supervision of law enforcement. Sealing these documents will avoid seriously jeopardizing the investigation based on the facts set out in the Motion to Seal and the Application and Affidavit in the above referenced matter.

This the 5th day of May, 2014.

_____
THE HONORABLE JAMES E. GATES
United States Magistrate Judge